# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LATOYA J. BROWN                                         Case Number: 04-74256
        7055 FOREST GLEN DR. APT E        SSN-xxx-xx-2738
        ROCKFORD, IL  61114

                                                        Case filed on:     8/25/2004
                                                        Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,716.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 003 | BANK OF AMERICA / BANK OF BOSTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BANK OF BOSTON / FLEET / | 0.00 | 0.00 | 0.00 | 0.00 |
| 209 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LATOYA J. BROWN | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
| 001 | AMERICREDIT | 9,000.00 | 9,000.00 | 9,000.00 | 1,842.66 |
|  | Total Secured | 9,000.00 | 9,000.00 | 9,000.00 | 1,842.66 |
| 001 | AMERICREDIT | 7,272.58 | 7,272.58 | 960.94 | 0.00 |
| 002 | ABC CASH'N GO INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK OF BOSTON / FLEET / | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 638.61 | 638.61 | 84.38 | 0.00 |
| 007 | CITIZENS FINANCE | 1,164.84 | 1,164.84 | 153.91 | 0.00 |
| 008 | EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 454.35 | 454.35 | 60.03 | 0.00 |
| 010 | LARRY SCOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CARD PROCESSING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | COTTONWOOD FINANCIAL | 432.86 | 432.86 | 57.20 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 384.33 | 384.33 | 50.78 | 0.00 |
| 015 | NCM TRST | 571.92 | 571.92 | 75.57 | 0.00 |
|  | Total Unsecured | 10,919.49 | 10,919.49 | 1,442.81 | 0.00 |
|  | Grand Total: | 22,283.49 | 22,283.49 | 12,826.81 | 1,842.66 |

Total Paid Claimant:     $14,669.47
Trustee Allowance:       $1,046.53        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      13.21        discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008         By  /s/Heather M. Fagan